NO. 07-11-0332-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL C
 
--------------------------------------------------------------------------------
NOVEMBER 22, 2011
--------------------------------------------------------------------------------

 FREDRICK DARTY,
 Appellant
 V.
 
 TOWN & COUNTRY MOBILE PARK, ANA NEWMAN
 AND JOHN JEAN, ET AL.,
 Appellees
 _____________________________
 
 FROM THE 237th DISTRICT COURT OF LUBBOCK COUNTY;
 
 NO. 2011-556,543; HONORABLE LES HATCH, PRESIDING

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------
Memorandum Opinion
--------------------------------------------------------------------------------

Before QUINN, C.J., HANCOCK and PIRTLE, JJ.
Fredrick Darty (appellant) filed a notice of appeal on August 18, 2011. We dismiss the appeal. The clerks record was filed with this court on September 22, 2011. No reporter's record was taken. Appellant's brief was due on October 31, 2011. No brief was filed by that date, so the Court notified appellant on November 7, 2011, that the due date for the brief had lapsed, that the brief had not been filed, and that if it was not received by November 17, 2011, the appeal would be dismissed for want of prosecution. To date, no brief or motion to extend the deadline has been filed. Nor has the court received any explanation for the omission.
Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); 42.3(b).
Per Curiam